IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LANI L. GREER, | |
| Plaintiff-Appellant. | JUDGE WILLIAM J. HAYNES, JR. |
| v. | NO. 3:11-cv-00050 |
| ONEWEST BANK, FSB, et al., | |
| Defendant-Appellees. | |

## AGREED ORDER MODIFYING DEFENDANT-APPELLEES' BRIEFING SCHEDULE

This bankruptcy appeal is before the Court upon the Plaintiff-Appellant's appeal of an Order entered by the Honorable Marian F. Harrison, United States Bankruptcy Judge, on November 22, 2010 in the adversary proceeding styled Lani Louise Greer v. OneWest Bank, FSB, et al.; No. 09-0476A. Based upon the agreement of all parties, as evidenced by the signatures of their respective counsel below, the Court finds and, accordingly, **ORDERS** that deadline for the Defendant-Appellees to file their responsive briefs shall be extended by forty-five (45) days from February 18, 2011 through April 4, 2011.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.*